IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAHMAD LASHAD GEDDES,

    Petitioner,

    v.

MATTHEW MARSKE,

    Respondent.

Case No. 19-cv-608-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Rahmad Lashad Geddes' petition under 28 U.S.C. § 2241 dismissing this case.

| /s/ | 5/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |