DOC NO
REC'D/FILED
2020 JUN -8 AM 10: 24
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Hi, My Name is Rahmad Geddes and I will this To be A Notice of Appeal for Case # 19-CV-608-WMC.

This is My Notice of Appeal for My Case the # is 19-CV-608-WMC

Thank You

Rahw Gedd
18324-041

Notice of Appeal
# 19-CV-608-WMC

Rahmad Geddes #18324-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952



⇔18324-041⇔
Clerk Of Court
120 N Henry ST
Western Dist. Wisconsin
Madison, WI 53703
United States

53703-430499

Hi, My Name is Rehmad Geddas #18324-041 and This is My Notice of Appeal for Case # 3:19-cv-608-wmc

Notice of Appeal for case No. 3:19-cv-608-wmc

Thank You

*Rahe Gedd*
#18324041

Rahmad Geddes #18324-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952



⇔18324-041⇔
U S Dist Court Clerk
120 North Henry
Street
Madison, WI 53703
United States