IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAHMAD LASHAD GEDDES,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

ORDER

19-cv-608-wmc
App. No. 20-1965

On May 29, 2020, the court dismissed the habeas petition filed by petitioner Rahmad Lashad Geddes pursuant to 28 U.S.C. § 2241. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 7, 13). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by September 11, 2020, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than September 11, 2020, petitioner Rahmad Lashad Geddes shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately December 1, 2019 through at least June 1, 2020. If petitioner fails to pay the $505 appellate docketing fee, comply as

1

directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 20th day of August, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge